UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN PFISTERER,

    Plaintiff,

v.                                                     CASE NO. 17-12902

COMMISSIONER OF SOCIAL SECURITY,    HONORABLE VICTORIA A. ROBERTS

    Defendant.
                                         /

On August 15, 2018, Magistrate Judge Dawkins Davis issued a Report and Recommendation [Doc. 16], recommending that Defendant's Motion for Summary Judgment [Doc. 15] be **GRANTED**. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Defendant's motion is **GRANTED**. Judgment will enter in favor of Defendant.

**IT IS ORDERED**.

                                                  S/Victoria A. Roberts
                                                  Victoria A. Roberts
                                                  United States District Judge

Dated: September 14, 2018

---

The undersigned certifies that a copy of this document was served on the attorneys of record and Brian Pfisterer by electronic means or U.S. Mail on September 14, 2018.

S/Linda Vertriest
Deputy Clerk